**Order entered May 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00834-CR
No. 05-13-00836-CR

**GREGORY MARTINEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-60606-J, F1260605-J**

## ORDER

The Court **DENIES** appellant's motion to dismiss counsel and proceed pro se. The Court

will treat appellant's motion as his pro se response to the *Anders* brief filed by counsel.

/s/     LANA MYERS
        JUSTICE